| SERNA V. GALLEGOS |

This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**NICOLE SERNA,**
**Petitioner-Appellee,**
**v.**
**JONATHON GALLEGOS,**
**Respondent-Appellee,**
**and**
**ISAAC ZAMORA,**
**Proposed Intervenor-Appellant.**

NO. A-1-CA-36601

COURT OF APPEALS OF NEW MEXICO

February 4, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, Gerard J. Lavelle, District Judge

**COUNSEL**

Nicole Serna, Albuquerque, NM, Pro Se Appellee

Roberta Marie Yurcic, Albuquerque, NM, for Appellee Jonathon Gallegos

Aragon Law Firm, P.C., Robert J. Aragon, for Appellant

**JUDGES**

LINDA M. VANZI, Judge. WE CONCUR: M. MONICA ZAMORA, Chief Judge, KRISTINA BOGARDUS, Judge

**AUTHOR:** LINDA M. VANZI

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**{2}**    AFFIRMED.

**{3}    IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**M. MONICA ZAMORA, Chief Judge**

**KRISTINA BOGARDUS, Judge**